**Order filed March 1, 2017**



**In The**

# Fourteenth Court of Appeals

**NO. 14-15-00704-CV**
_____

**AIMEE HARVEY INDIVIDUALLY AND AS NEXT FRIEND OF TALISA PHILLIPS, AMANDA HARVEY, HENRY WILSON, III, AS NEXT FRIEND OF AALEISA PHILLIPS (A MINOR) AND GWENDOLYN WILSON, Appellant**

**V.**

**KINDRED HEALTHCARE OPERATING, INC., KINDRED HOSPITAL HOUSTON MEDICAL CENTER, KINDRED HOSPITALS LIMITED PARTNERSHIP, Appellee**

**On Appeal from the 190th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-27575**

## O R D E R

The clerk's record was filed October 22, 2015. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain (1) Plaintiff's Original Response to Defendant's No Evidence Motion for Summary Judgement (2) Plaintiff's Motion for Leave to Make, Amend, or Supplement a Discovery Response as Governed by TRCP 193.6

(3) Plaintiff's First Verified Motion for Continuance and Request for a New Docket Control Order, Motion for Continuance Pursuant to TRCP 193.6(c), and Motion to Continue Defendant's No Evidence Motion for Summary Judgment.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before **March 10, 2017**, containing 1) Plaintiff's Original Response to Defendant's No Evidence Motion for Summary Judgement (2) Plaintiff's Motion for Leave to Make, Amend, or Supplement a Discovery Response as Governed by TRCP 193.6

(3) Plaintiff's First Verified Motion for Continuance and Request for a New Docket Control Order, Motion for Continuance Pursuant to TRCP 193.6(c), and Motion to Continue Defendant's No Evidence Motion for Summary Judgment.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM